UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES ALBERT LEACH,
Plaintiff,

v.

HUMBOLDT COUNTY COURTHOUSE, et al.,
Defendants.

Case No. 26-cv-11417-RMI

**ORDER DENYING IFP**

Re: Dkt. No. 2

Before the court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP"). The IFP Motion contains many internal inconsistencies and conflicts with Plaintiff's own Complaint, such that the IFP Motion must be denied.

- The IFP Motion notes that Plaintiff is not currently employed and has not received any money in the past twelve (12) months, including from self-employment. IFP Mot. 1–2, Dkt. 2. However, the Complaint states that Plaintiff is a commercial fisherman with two boats and is also working on sidewalk concrete jobs in downtown Eureka. Compl. 3–4, Dkt. 1; *see also* IFP Mot. 3 (only listing one boat). In another portion of the Complaint, Plaintiff wrote that "Martin construction rip [sic] me off the house[.] *I work on pay roll*"; this statement tends to indicate that Plaintiff is employed. Compl. 4 (emphasis added).
- The IFP Motion notes that Plaintiff does not have a bank account. IFP Mot. 3. However, the next entry indicates that Plaintiff does have an account with Coast Central Credit Union, and without giving the present balance, claims that $400,000 is missing from the account. IFP Mot. 3. Without knowing the balance in this account, the court cannot grant the IFP Motion.

United States District Court
Northern District of California

- The IFP Motion states that Plaintiff's monthly expenses are $200 in utilities and $600 in food. IFP Mot. 3. But it is unclear how these expenses are paid for, since Plaintiff only claims to have $400 in cash and no charge accounts, and again, the balance in the Coast Central Credit Union account is unknown. IFP Mot. 3.
- The IFP Motion states that Plaintiff owns a home, valued at $300,000 and for which Plaintiff does not have a mortgage payment. IFP Mot. 3. But statements in the Complaint suggest that Plaintiff does not own the home. *See* Compl. 4 ("Humboldt land and title need to get my dead [sic] to my house[,] but there is mail frode [sic] in Humboldt county.").
- The IFP Motion indicates that the Complaint does not seek to raise claims that have been presented in other lawsuits, but then in the lines provided for listing prior lawsuits, Plaintiff wrote, "Humboldt county I know everyone." IFP Mot. 4.

Due to these inconsistencies, Plaintiff's IFP Motion is DENIED. The court hereby ORDERS that Plaintiff has twenty-one (21) days to pay the filing fee. Plaintiff is warned that failure to pay the filing fee will result in the case being dismissed.

Upon payment of the filing fee, this case shall be STAYED pending review under 28 U.S.C. § 1915(e).

**IT IS SO ORDERED.**

Dated: November 5, 2026

ROBERT M. ILLMAN
United States Magistrate Judge